**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

JENNIFER BLIZZARD,

      Plaintiff,

v.                                   CASE NO. _____

DENTAL CARE ALLIANCE, LLC,

      Defendant.

_____/

**NOTICE OF REMOVAL**

Defendant Dental Care Alliance, LLC, under 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this notice of the removal of this action to the United States District Court for the Southern District of Florida. As grounds for removal, Defendant states as follows:

    **1.**     **State Court Action**

Jennifer Blizzard ("Plaintiff") filed this action on June 19, 2019, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Jennifer Blizzard v. Dental Care Alliance, LLC*, and designated Case No. 50-2019-CA-008026-XXXX-MB (the "Action"). *See* Tab A, Complete State Court file.

    **2.**     **Defendant's Receipt of Plaintiff's Complaint**

Copies of the Summons and Complaint were served on Defendant on June 29, 2019. *See* Tab A, Service of Process Receipt.

    **3.**     **Nature of the Action**

In the Complaint, Plaintiff asserts claims for unpaid overtime and/or regular compensation and retaliation against Defendant in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. *See* Tab A, Complaint at 3-4.

### 4. Removal of State Court Action

Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

As demonstrated in Section 5 below, this action is removable under 28 U.S.C. § 1441(a) because the district court would have original jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction). In addition, venue is proper in the West Palm Beach Division of the Southern District of Florida, as demonstrated in Section 6 below. Finally, this Notice of Removal is filed in a timely manner as discussed in Section 7 below.

### 5. Federal Question Jurisdiction

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants." Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." If a complaint raises a colorable federal question, then the case may be removed to federal court under 28 U.S.C. § 1441.

Plaintiff's Complaint alleges violations of FLSA and cites to 29 U.S.C. §§ 201, 207, and 215(a)(3). *See* Tab A, Complaint at ¶ 5, 11, 16. Thus, the face of the Complaint clearly raises a federal question and removal is proper.

### 6. Venue

The state court case was brought in Palm Beach County Circuit Court. Therefore, the West Palm Beach Division of the United States District Court for the Southern District of Florida is the judicial district embracing the place where the state court action is pending. *See* 28 U.S.C.

§§ 1441(a) (stating that an action "may be removed . . . to the district court of the United States for the district and division embracing the place where such action is pending") and 1446(a) ("A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal . . . ."). Therefore, this is the proper district court and division to which this case should be removed.

### 7.     Timeliness of Notice of Removal

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because 30 days have not elapsed since Defendant was served with Plaintiff's Complaint on June 29, 2019.

### 8.     State Court Pleadings

Pursuant to 28 U.S.C. § 1446(a), with this Notice, Defendant is simultaneously filing copies of all process, pleadings, and orders existing on file in the State Court in this removed action. Copies of these removal documents are attached to this Notice of Removal at Tab. A. Further, pursuant to 28 U.S.C. § 1446(d), Defendant filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. A copy of the Notice of Filing Notice of Removal, without attachments, is attached at Tab B.

Dated this 29th day of July, 2019.                    Respectfully submitted,

                                                  */s/ Anne Marie Estevez*
                                                  Anne Marie Estevez
                                                     Florida Bar No. 991694
                                                    Email:  annemarie.estevez@morganlewis.com
                                                Franco D. Bacigalupo
                                                  Florida Bar No. 119055
                                                  Email: franco.bacigalupo@morganlewis.com
                                                Morgan, Lewis & Bockius LLP
                                                200 South Biscayne Boulevard, Suite 5300
                                                Miami, FL  33131-2339
                                                Telephone:  305.415.3303
                                                eFacsimile:  877.432.9652

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  */s/ Anne Marie Estevez*
                                                  Anne Marie Estevez

## SERVICE LIST

Scott M. Behren, Esq.
Behren Law Firm
1930 N. Commerce Parkway, Suite 4
Weston, Florida 33326
Email:  scott@behrenlaw.com

*Attorney for Plaintiff*